Dismissed and Opinion filed December 31, 2002









Dismissed and Opinion filed
December 31, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-01-00777-CR

____________

 

CHARLES LAROY WATTS, JR., Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 240th District Court

Fort Bend County, Texas

Trial Court Cause No. 32,723A

 



 

M
E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of
appeal, personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal
dismissed.  We direct the Clerk of the
Court to issue the mandate of the Court immediately.

PER
CURIAM

 

Judgment
rendered and Opinion filed December 31, 2002.

Panel
consists of Justices Yates, Anderson, and Frost. 

Do not
publish ‑ Tex. R.
App. P. 47.3(b).